PER CURIAM.

WEBER, HILMER & JOHNSON, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 20, 1974.*

WEBER, HILMER & JOHNSON, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S.

ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.